# In the United States District Court for the Southern District of Georgia Waycross Division

WON J. CHOI,

    Petitioner,

v.

MERRICK GARLAND, et al.,

    Respondents.

CV 523-036

**ORDER**

For good cause shown, the Parties' stipulation of dismissal is APPROVED. It is hereby ORDERED that:

1. The government shall, within fourteen days following September 5, 2023, or within fourteen days following the date of this Order, whichever is later, provide Petitioner with an individualized bond hearing before an immigration judge at which ICE bears the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk. At that hearing, the immigration judge must consider alternative conditions of release with respect to risk of flight. If the immigration judge sets a monetary bond, he or she must consider Petitioner's

ability to pay in determining the appropriate bond amount.

2. The Parties shall file prompt notice with this Court of the occurrence of the bond hearing.

3. The Court shall retain jurisdiction over this matter until fourteen days after such bond hearing is held so as to ensure the Parties' compliance with the terms of this Order.

4. If neither party has moved to enforce the terms of their joint stipulation within fourteen days of the bond hearing, this action shall be dismissed without prejudice, without costs or attorney's fees to either party.

**SO ORDERED**, this 29 day of August, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA